AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BROWARD COUNTY, FLORIDA,<br>*Plaintiff(s)*<br>v.<br>PURDUE PHARMA L.P., CEPHALON, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., ENDO INTERNATIONAL PLC, ENDO PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS, INC., INSYS THERAPEUTICS, INC., MALLINCKRODT PLC, MALLINCKRODT PHARMACEUTICALS, AMERISOURCEBERGEN CORPORATION, CARDINAL HEALTH, INC. and McKESSON CORPORATION,<br>Defendants. | Civil Action No. 0:18-cv-60535-BB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
AMERISOURCEBERGEN CORPORATION
Registered Agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ROBBINS GELLER RUDMAN & DOWD LLP
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 30, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

BROWARD COUNTY, FLORIDA,

Plaintiff(s)

v.

PURDUE PHARMA L.P., CEPHALON, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., ENDO INTERNATIONAL PLC, ENDO PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS, INC., INSYS THERAPEUTICS, INC., MALLINCKRODT PLC, MALLINCKRODT PHARMACEUTICALS, AMERISOURCEBERGEN CORPORATION, CARDINAL HEALTH, INC. and McKESSON CORPORATION,

Defendants.

Civil Action No. 0:18-cv-60535-BB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
CARDINAL HEALTH, INC.
Registered Agent:
CT Corporation System
1300 East 9th Street
Cleveland, OH 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ROBBINS GELLER RUDMAN & DOWD LLP
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: Mar 30, 2018

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BROWARD COUNTY, FLORIDA,<br>*Plaintiff(s)*<br>v.<br>PURDUE PHARMA L.P., CEPHALON, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., ENDO INTERNATIONAL PLC, ENDO PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS, INC., INSYS THERAPEUTICS, INC., MALLINCKRODT PLC, MALLINCKRODT PHARMACEUTICALS, AMERISOURCEBERGEN CORPORATION, CARDINAL HEALTH, INC. and McKESSON CORPORATION,<br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 0:18-cv-60535-BB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
CEPHALON, INC.
Registered Agent:
Corporate Creations Network, Inc.
3411 Silverside Road, #104 Rodney Building
Wilmington, DE 19810

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ROBBINS GELLER RUDMAN & DOWD LLP
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date: Mar 30, 2018

**SUMMONS**

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

BROWARD COUNTY, FLORIDA,
_____
Plaintiff(s)

v.

PURDUE PHARMA L.P., CEPHALON, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., ENDO INTERNATIONAL PLC, ENDO PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS, INC., INSYS THERAPEUTICS, INC., MALLINCKRODT PLC, MALLINCKRODT PHARMACEUTICALS, AMERISOURCEBERGEN CORPORATION, CARDINAL HEALTH, INC. and McKESSON CORPORATION,
_____
Defendants.

Civil Action No. 0:18-cv-60535-BB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CVS HEALTH CORPORATION
Registered Agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ROBBINS GELLER RUDMAN & DOWD LLP
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 30, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

BROWARD COUNTY, FLORIDA,

*Plaintiff(s)*

v.

PURDUE PHARMA L.P., CEPHALON, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., ENDO INTERNATIONAL PLC, ENDO PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS, INC., INSYS THERAPEUTICS, INC., MALLINCKRODT PLC, MALLINCKRODT PHARMACEUTICALS, AMERISOURCEBERGEN CORPORATION, CARDINAL HEALTH, INC. and McKESSON CORPORATION,

*Defendants.*

Civil Action No. 0:18-cv-60535-BB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ENDO HEALTH SOLUTIONS INC.
Registered Agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ROBBINS GELLER RUDMAN & DOWD LLP
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 30, 2018



Steven M. Larimore
Clerk of Court

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BROWARD COUNTY, FLORIDA,<br>*Plaintiff(s)*<br>v.<br>PURDUE PHARMA L.P., CEPHALON, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., ENDO INTERNATIONAL PLC, ENDO PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS, INC., INSYS THERAPEUTICS, INC., MALLINCKRODT PLC, MALLINCKRODT PHARMACEUTICALS, AMERISOURCEBERGEN CORPORATION, CARDINAL HEALTH, INC. and McKESSON CORPORATION,<br>*Defendants.* | Civil Action No. 0:18-cv-60535-BB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ENDO INTERNATIONAL plc
First Floor, Minerva House
Simmonscourt Road
Ballsbridge, Dublin 4
Ireland

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ROBBINS GELLER RUDMAN & DOWD LLP
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: Mar 30, 2018

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

BROWARD COUNTY, FLORIDA,
*Plaintiff(s)*
v.

PURDUE PHARMA L.P., CEPHALON, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., ENDO INTERNATIONAL PLC, ENDO PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS, INC., INSYS THERAPEUTICS, INC., MALLINCKRODT PLC, MALLINCKRODT PHARMACEUTICALS, AMERISOURCEBERGEN CORPORATION, CARDINAL HEALTH, INC. and McKESSON CORPORATION,
*Defendants.*

Civil Action No. 0:18-cv-60535-BB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ENDO PHARMACEUTICALS INC.
Registered Agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ROBBINS GELLER RUDMAN & DOWD LLP
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date: Mar 30, 2018

**SUMMONS**

s/ Doris Jones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

BROWARD COUNTY, FLORIDA,

Plaintiff(s)

v.

PURDUE PHARMA L.P., CEPHALON, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., ENDO INTERNATIONAL PLC, ENDO PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS, INC., INSYS THERAPEUTICS, INC., MALLINCKRODT PLC, MALLINCKRODT PHARMACEUTICALS, AMERISOURCEBERGEN CORPORATION, CARDINAL HEALTH, INC. and McKESSON CORPORATION,

Defendants.

Civil Action No. 0:18-cv-60535-BB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

HEALTH MART SYSTEMS, INC.
Registered Agent:
The Prentice-Hall Corporation System, Inc.
251 Little Falls Drive
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ROBBINS GELLER RUDMAN & DOWD LLP
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 30, 2018


Steven M. Larimore
Clerk of Court

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

BROWARD COUNTY, FLORIDA,
)
)
)
)
)
Plaintiff(s)
)
v.
)  Civil Action No. 0:18-cv-60535-BB
PURDUE PHARMA L.P., CEPHALON, INC., TEVA )
PHARMACEUTICAL INDUSTRIES LTD., TEVA )
PHARMACEUTICALS USA, INC., ENDO INTERNATIONAL PLC, )
ENDO PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS, )
INC., INSYS THERAPEUTICS, INC., MALLINCKRODT PLC, )
MALLINCKRODT PHARMACEUTICALS, AMERISOURCEBERGEN )
CORPORATION, CARDINAL HEALTH, INC. and McKESSON CORPORATION,
Defendants.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

INSYS THERAPEUTICS, INC.
Registered Agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ROBBINS GELLER RUDMAN & DOWD LLP
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date: Mar 30, 2018

**SUMMONS**

s/ Doris Jones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

BROWARD COUNTY, FLORIDA,  )
             *Plaintiff(s)* )
      v. )
PURDUE PHARMA L.P., CEPHALON, INC., TEVA )
PHARMACEUTICAL INDUSTRIES LTD., TEVA )
PHARMACEUTICALS USA, INC., ENDO INTERNATIONAL PLC, )
ENDO PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS, )
INC., INSYS THERAPEUTICS, INC., MALLINCKRODT PLC, )
MALLINCKRODT PHARMACEUTICALS, AMERISOURCEBERGEN )
CORPORATION, CARDINAL HEALTH, INC. and McKESSON CORPORATION, )
             *Defendants.*

Civil Action No. 0:18-cv-60535-BB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    JANSSEN PHARMACEUTICALS, INC.
    Registered Agent:
    CT Corporation System
    600 North 2nd Street, Suite 401
    Harrisburg, PA  17101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    ROBBINS GELLER RUDMAN & DOWD LLP
    MARK J. DEARMAN
    120 East Palmetto Park Road, Suite 500
    Boca Raton, FL  33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 30, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

BROWARD COUNTY, FLORIDA,
            Plaintiff(s)
v.                                                    Civil Action No. 0:18-cv-60535-BB
PURDUE PHARMA L.P., CEPHALON, INC., TEVA
PHARMACEUTICAL INDUSTRIES LTD., TEVA
PHARMACEUTICALS USA, INC., ENDO INTERNATIONAL PLC,
ENDO PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS,
INC., INSYS THERAPEUTICS, INC., MALLINCKRODT PLC,
MALLINCKRODT PHARMACEUTICALS, AMERISOURCEBERGEN
CORPORATION, CARDINAL HEALTH, INC. and McKESSON CORPORATION,
            Defendants.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    JOHNSON & JOHNSON
    Registered Agent:
    CT Corporation System
    600 North 2nd Street, Suite 401
    Harrisburg, PA  17101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    ROBBINS GELLER RUDMAN & DOWD LLP
    MARK J. DEARMAN
    120 East Palmetto Park Road, Suite 500
    Boca Raton, FL  33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 30, 2018


Steven M. Larimore
Clerk of Court

s/ Doris Jones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

BROWARD COUNTY, FLORIDA,

Plaintiff(s)

v.

PURDUE PHARMA L.P., CEPHALON, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., ENDO INTERNATIONAL PLC, ENDO PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS, INC., INSYS THERAPEUTICS, INC., MALLINCKRODT PLC, MALLINCKRODT PHARMACEUTICALS, AMERISOURCEBERGEN CORPORATION, CARDINAL HEALTH, INC. and McKESSON CORPORATION,

Defendants.

Civil Action No. 0:18-cv-60535-BB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MALLINCKRODT plc
3 Lotus Park, The Causeway
Staines-Upon-Thames
Surrey TW18 3AG
United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ROBBINS GELLER RUDMAN & DOWD LLP
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date: Mar 30, 2018

**SUMMONS**

s/ Doris Jones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

BROWARD COUNTY, FLORIDA,
  *Plaintiff(s)*
v.
PURDUE PHARMA L.P., CEPHALON, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., ENDO INTERNATIONAL PLC, ENDO PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS, INC., INSYS THERAPEUTICS, INC., MALLINCKRODT PLC, MALLINCKRODT PHARMACEUTICALS, AMERISOURCEBERGEN CORPORATION, CARDINAL HEALTH, INC. and McKESSON CORPORATION,
  *Defendants.*

Civil Action No. 0:18-cv-60535-BB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MALLINCKRODT LLC
Registered Agent: Corporate Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ROBBINS GELLER RUDMAN & DOWD LLP
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 30, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

BROWARD COUNTY, FLORIDA,
  *Plaintiff(s)*
v.
PURDUE PHARMA L.P., CEPHALON, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., ENDO INTERNATIONAL PLC, ENDO PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS, INC., INSYS THERAPEUTICS, INC., MALLINCKRODT PLC, MALLINCKRODT PHARMACEUTICALS, AMERISOURCEBERGEN CORPORATION, CARDINAL HEALTH, INC. and McKESSON CORPORATION,
  *Defendants.*

Civil Action No. 0:18-cv-60535-BB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
McKESSON CORPORATION
Registered Agent:
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ROBBINS GELLER RUDMAN & DOWD LLP
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 30, 2018


Steven M. Larimore
Clerk of Court

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

BROWARD COUNTY, FLORIDA,
*Plaintiff(s)*

v.

PURDUE PHARMA L.P., CEPHALON, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., ENDO INTERNATIONAL PLC, ENDO PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS, INC., INSYS THERAPEUTICS, INC., MALLINCKRODT PLC, MALLINCKRODT PHARMACEUTICALS, AMERISOURCEBERGEN CORPORATION, CARDINAL HEALTH, INC. and McKESSON CORPORATION,
*Defendants.*

Civil Action No. 0:18-cv-60535-BB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
PURDUE PHARMA L.P.
Registered Agent:
The Prentice-Hall Corporation System, Inc.
251 Little Falls Drive
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ROBBINS GELLER RUDMAN & DOWD LLP
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date: Mar 30, 2018

**SUMMONS**

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

BROWARD COUNTY, FLORIDA,
*Plaintiff(s)*

v.

PURDUE PHARMA L.P., CEPHALON, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., ENDO INTERNATIONAL PLC, ENDO PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS, INC., INSYS THERAPEUTICS, INC., MALLINCKRODT PLC, MALLINCKRODT PHARMACEUTICALS, AMERISOURCEBERGEN CORPORATION, CARDINAL HEALTH, INC. and McKESSON CORPORATION,
Defendants.

Civil Action No. 0:18-cv-60535-BB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
TEVA PHARMACEUTICALS INDUSTRIES LTD.
5 Basel Street, P.O. Box 3190
Petach Tikva 4951033 Israel

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ROBBINS GELLER RUDMAN & DOWD LLP
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 30, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Doris Jones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

BROWARD COUNTY, FLORIDA,
                *Plaintiff(s)*
              v.
PURDUE PHARMA L.P., CEPHALON, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., ENDO INTERNATIONAL PLC, ENDO PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS, INC., INSYS THERAPEUTICS, INC., MALLINCKRODT PLC, MALLINCKRODT PHARMACEUTICALS, AMERISOURCEBERGEN CORPORATION, CARDINAL HEALTH, INC. and McKESSON CORPORATION,
              *Defendants.*

Civil Action No. 0:18-cv-60535-BB

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
TEVA PHARMACEUTICALS USA, INC.
Registered Agent:
Corporate Creations Network, Inc.
1430 Truxton Avenue, 5th Floor
Bakersfield, CA  93301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    ROBBINS GELLER RUDMAN & DOWD LLP
    MARK J. DEARMAN
    120 East Palmetto Park Road, Suite 500
    Boca Raton, FL  33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 30, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

BROWARD COUNTY, FLORIDA, )
)
Plaintiff(s) )
v. ) Civil Action No. 0:18-cv-60535-BB
PURDUE PHARMA L.P., CEPHALON, INC., TEVA )
PHARMACEUTICAL INDUSTRIES LTD., TEVA )
PHARMACEUTICALS USA, INC., ENDO INTERNATIONAL PLC, )
ENDO PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS, )
INC., INSYS THERAPEUTICS, INC., MALLINCKRODT PLC, )
MALLINCKRODT PHARMACEUTICALS, AMERISOURCEBERGEN )
CORPORATION, CARDINAL HEALTH, INC. and McKESSON CORPORATION, )
Defendants.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
WALGREENS BOOTS ALLIANCE, INC A/K/A WALGREEN CO.
Registered Agent: The Prentice-Hall Corporation System, Inc.
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ROBBINS GELLER RUDMAN & DOWD LLP
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 30, 2018



Steven M. Larimore
Clerk of Court

s/ Doris Jones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BROWARD COUNTY, FLORIDA, <br> *Plaintiff(s)* <br> v. <br> PURDUE PHARMA L.P., CEPHALON, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., ENDO INTERNATIONAL PLC, ENDO PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS, INC., INSYS THERAPEUTICS, INC., MALLINCKRODT PLC, MALLINCKRODT PHARMACEUTICALS, AMERISOURCEBERGEN CORPORATION, CARDINAL HEALTH, INC. and McKESSON CORPORATION, <br> *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 0:18-cv-60535-BB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

WAL-MART INC. F/K/A WAL-MART STORES, INC.,
Registered Agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ROBBINS GELLER RUDMAN & DOWD LLP
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 30, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts